## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**Center for Biological Diversity,** *et al.,*

    **Plaintiffs,**

**v.**                                           **Case No. 2:17-cv-372**

**U.S. Forest Service,** *et al.,*            **Judge Michael H. Watson**

    **Defendants.**                       **Magistrate Judge Jolson**

### ORDER

The parties jointly move to amend the case schedule deadline and also seek leave to extend the page limits. ECF No. 81. The parties' motion is **GRANTED**. The Case Management Plan is modified as follows:

- Plaintiffs shall file their summary judgment motion on or before **December 17, 2018**;

- Federal Defendants shall file their cross-motion for summary judgment/opposition to Plaintiffs' motion for summary judgment on or before **January 22, 2019**;

- Intervenor Defendants shall file their cross-motion for summary judgment/opposition to Plaintiffs' motion for summary judgment on or before **January 29, 2019**;

- Plaintiffs shall file their reply in support of their motion for summary judgment/opposition to Federal Defendants' and Intervenor Defendants' cross-motions for summary judgment on or before **February 25, 2019**;

- Federal Defendants shall file their reply in support of their cross-motion for summary judgment on or before **March 25, 2019**;

- Intervenor Defendants shall file their reply in support of their cross-motions for summary judgment on or before **April 1, 2019**;

- Any motions to supplement the administrative records shall be filed by **December 17, 2018**. The moving party shall meet and confer with the other parties no later than December 10, 2018, concerning the proposed supplements to the administrative records. The schedule for any responsive briefing on such a motion shall follow the same schedule for responsive briefing on Plaintiffs' motion for summary judgment. Defendants may seek modification of this schedule upon review of any motion to supplement the administrative records.

In addition, the Parties are granted leave to file briefs in excess of the twenty-page limit subject to the following limitations:

- Plaintiffs' Opening Brief — 42 pages
- Federal Defendants' Cross-motion/Opposition — 42 pages
- Intervenor Defendants' Cross-motion/Opposition — 35 pages (cumulatively)
- Plaintiffs' Reply/Opposition — 35 pages
- Federal Defendants' Reply — 20 pages
- Intervenor Defendants' Reply — 15 pages (cumulatively)

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**