# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**CENTER FOR BIOLOGICAL**
**DIVERSITY, et al.,**

      **Plaintiffs,**

                              **Civil Action 2:17-cv-372**
  vs.                         **Judge Michael H. Watson**
                              **Magistrate Judge Jolson**

**U.S. FOREST SERVICE, et al.,**

      **Defendants.**

## ORDER

On December 21, 2018, the parties filed a purported Stipulation on Briefing Deadlines for Responses to Plaintiffs' Motion to Take Judicial Notice (Doc. 85).  Parties are not permitted to stipulate to extensions of time to respond to motions.  S.D. Ohio Civ. R. 6.1(b).  The Court construes the parties' purported stipulation as a motion for extension of time and **GRANTS** it.  In addition, if the government shutdown affects the progression of this litigation in any way, the parties are **DIRECTED** to inform the Undersigned.

      IT IS SO ORDERED.


Date: December 31, 2018                                    <u>s/ Kimberly A. Jolson</u>
                                                                 Kimberly A. Jolson
                                                                 United States Magistrate Judge