United States Department of Justice
Environmental & Natl. Resources Div.
JEAN E. WILLIAMS
Deputy Assistant Attorney General

BRIDGET K. McNEIL (CO Bar 34299)
Senior Trial Attorney
Wildlife and Marine Resources Section
999 18th St., South Terrace, Suite 370
Denver, Colorado 80202
Ph: 303-844-1484
bridget.mcneil@usdoj.gov

John P. Tustin, Senior Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Ph:202-305-3022
john.tustin@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, HEARTWOOD, OHIO ENVIRONMENTAL COUNCIL, SIERRA CLUB<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. FOREST SERVICE, ET AL.<br><br>Defendants;<br><br>AMERICAN PETROLEUM INSTITUTE, ET AL.<br><br>Intervenor Defendants. | Civ. No. 2:17-cv-372<br><br>Judge Watson<br><br>Magistrate Judge Jolson<br><br>**JOINT MOTION TO AMEND CASE MANAGEMENT PLAN** |

JOINT MOT. TO AMEND CASE MGMT. PLAN

Pursuant to Local Civil Rule 7.2, the Parties respectfully move to amend the Case Management Plan approved by the Court on January 12, 2018 (Dkt. No. 56), and amended on November 9, 2018 (Dkt. No. 82), to modify the remaining dates in the summary judgment briefing schedule. Good cause exists for the requested schedule amendments:

1. At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for several other Executive agencies, including the United States Department of the Interior and the United States Department of Agriculture, federal defendants in this case. Absent an appropriation, Department of Justice attorneys and employees of the federal defendants were prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

2. In response to the lapse of congressional appropriations, on December 26, 2018, the Southern District of Ohio issued General Order 18-02 ("General Order Holding in Abeyance Civil Matters Involving the United States as a Party"), which stayed all civil litigation involving the United States for a period of fourteen days. This General Order was extended on January 9, 2019, and again on January 23, 2019.

3. General Order 18-02 states that "[t]he Court shall clarify the status of case schedules upon expiration of the stay and dependent on the timing of the funding resolution."

4. Appropriations were restored, effective January 25, 2019, and Department of Justice attorneys, as well as employees of the federal defendants, assigned to this matter returned to work on January 28, 2019.

5. Having conferred on how to revise the current summary judgment briefing schedule to account for the 35-day lapse in appropriations, the Parties now jointly propose the following revisions to the remaining dates in the summary judgment briefing schedule:

- Federal Defendants shall file their cross-motion for summary judgment/opposition to Plaintiffs' motion for summary judgment on or before **February 21, 2019**;
- Intervenor Defendants shall file their cross-motion for summary judgment/opposition to Plaintiffs' motion for summary judgment on or before **February 28, 2019**;
- Plaintiffs shall file their reply in support of their motion for summary judgment/opposition to Federal Defendants' and Intervenor Defendants' cross-motions for summary judgment on or before **March 28, 2019**;
- Federal Defendants shall file their reply in support of their cross-motion for summary judgment on or before **April 25, 2019**;
- Intervenor Defendants shall file their reply in support of their cross-motions for summary judgment on or before **May 2, 2019**;
- As ordered by the Court on December 31, 2018 (Dkt. No. 86), oppositions to Plaintiffs' Motion to Take Judicial Notice (Dkt. No. 84) shall be due concurrently with the Defendants and Defendant-Intervenors' respective deadlines for their cross-motions for summary judgment, and any reply shall be due concurrently with Plaintiffs' reply in support of their motion for summary judgment. Accordingly, those deadlines shall be extended to the respective dates set forth above.

6. All page limits approved in the Court's November 9, 2018 order remain the same.

7. A proposed order setting out these proposed modifications accompanies this joint motion.

DATED: January 30, 2019					Respectfully submitted,

/s/Wendy S. Park (per authorization)				United States Department of Justice
Wendy S. Park (*Pro hac vice*)					Environmental & Natl. Resources Div.
Diana Dascalu-Joffe (*Pro hac vice*)				JEAN E. WILLIAMS
Center for Biological Diversity					Deputy Assistant Attorney General
1212 Broadway, #800
Oakland, CA 94612						/s/ Bridget Kennedy McNeil
Tel: (510) 844-7138						BRIDGET K. McNEIL (CO Bar 34299)
Fax: (510) 844-7150						Senior Trial Attorney
wpark@biologicaldiversity.org					Wildlife and Marine Resources Section
ddascalujoffe@biologicaldiversity.org				999 18th St., South Terrace, Suite 370
								Denver, Colorado 80202
Nathan Johnson							Ph: 303-844-1484
(OH Bar No. 0082838)						bridget.mcneil@usdoj.gov
Ohio Environmental Council
1145 Chesapeake Ave., Suite I					John P. Tustin, Senior Attorney
Columbus, OH 43212						Natural Resources Section
Tel: (614) 487-5841						P.O. Box 7611
njohnson@theoec.org						Washington, D.C. 20044-7611
								Ph:202-305-3022
Elizabeth Benson (*Pro hac vice*)				john.tustin@usdoj.gov
Sierra Club
2101 Webster St., Suite 1300					*Attorneys for Federal Defendants*
Oakland, CA 94612
Tel: (415) 977-5723						Molly Crabtree
elly.benson@sierraclub.org					(Bar No. 0073823)
								Porter Wright Morris & Arthur LLP
*Counsel for Plaintiffs*						41 S. High St., Suites 2800-3200
								Columbus, OH 43215
								Tel: (614) 227-2015
								Fax: (614) 227-2100
								mcrabtree@porterwright.com

								 *Bradley K. Ervin (per authorization)*
								Bradley K. Ervin (*Pro hac vice*)
								Steven J. Rosenbaum (*Pro hac vice*)
								COVINGTON & BURLING, LLP
								One CityCenter
								850 Tenth St., N.W.
								Washington, D.C. 20001
								Phone: (202) 662-6000
								Fax: (202) 662-6291
								srosenbaum@cov.com

								*Counsel for Defendant-Intervenors
								American Petroleum Institute and*

3

*Independent Petroleum Association of America*

Kristin L. Watt (0042333)
52 East Gay Street
Columbus, OH 43216-1008
Tel: (614) 464-8398
Fax: (614) 719-5081
klwatt@vorys.com

*/s/ Anthony L. Osterlund (per authorization)*
Anthony L. Osterlund (0071086)
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, OH 45202
Tel: (513) 723-4678
Fax: (513) 852-7830
alosterlund@vorys.com

*Attorneys for Defendant-Intervenor Eclipse Resources I, LP*

4

**CERTIFICATE OF SERVICE**

I certify that on January 30, 2019, I filed the foregoing Joint Motion to Amend Case Management Plan, and the attached Proposed Order using the Court's ECF system, which will provide service to all counsel of record.

DATED: January 30, 2019

                                      */s/ Bridget K. McNeil*
                                      BRIDGET KENNEDY McNEIL

                                      *Attorney for Federal Defendants*

5