IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CENTER FOR BIOLOGICAL
DIVERSITY, et al.,**

       **Plaintiffs,**

  **vs.**
                                 **Civil Action 2:17-cv-372**
                                    **Judge Michael H. Watson**
                                    **Magistrate Judge Jolson**

**U.S. FOREST SERVICE, et al.,**

       **Defendants.**

## **ORDER**

This matter is before the Court on the parties' Joint Motion to Amend Case Management Plan (Doc. 87). For good cause shown, the Joint Motion is **GRANTED**. The summary judgment briefing schedule is revised as follows:

- Federal Defendants shall file their cross-motion for summary judgment/opposition to Plaintiffs' motion for summary judgment on or before February 21, 2019;

- Intervenor Defendants shall file their cross-motion for summary judgment/opposition to Plaintiffs' motion for summary judgment on or before February 28, 2019;

- Plaintiffs shall file their reply in support of their motion for summary judgment/opposition to Federal Defendants' and Intervenor Defendants' cross-motions for summary judgment on or before March 28, 2019;

- Federal Defendants shall file their reply in support of their cross-motion for summary judgment on or before April 25, 2019;

- Intervenor Defendants shall file their reply in support of their cross-motions for summary judgment on or before May 2, 2019;

- Oppositions to Plaintiffs' Motion to Take Judicial Notice (Doc. 84) shall be due concurrently with the Defendants and Defendant-Intervenors' respective deadlines for

- their cross-motions for summary judgment, and any reply shall be due concurrently with Plaintiffs' reply in support of their motion for summary judgment.

- All page limits approved in the Court's November 9, 2018 order remain the same.

IT IS SO ORDERED.


Date: January 31, 2019                                              s/ Kimberly A. Jolson
                                                                   Kimberly A. Jolson
                                                                   United States Magistrate Judge