JEAN E. WILLIAMS
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

BRIDGET K. McNEIL (CO Bar 34299)
Senior Trial Attorney
Wildlife and Marine Resources Section
999 18th St., South Terrace, Suite 370
Denver, Colorado 80202
Ph: 303-844-1484
bridget.mcneil@usdoj.gov

JOHN P. TUSTIN (TX 24056458)
Senior Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Ph: 202-305-3022
john.tustin@usdoj.gov

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, HEARTWOOD, OHIO ENVIRONMENTAL COUNCIL, SIERRA CLUB <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. FOREST SERVICE, *et al*. <br><br> Federal Defendants; and <br><br> AMERICAN PETROLEUM INSTITUTE, *et al*. <br><br> Intervenor Defendants. | Civ. No. 2:17-cv-372 <br><br> Judge Michael H. Watson <br> Magistrate Judge Kimberly A. Jolson <br><br> **FEDERAL DEFENDANTS' NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that Federal Defendants United States Forest Service; United States Bureau of Land Management; United States Fish and Wildlife Service; Vicki Christiansen, in her official capacity as Chief, U.S. Forest Service; Nada Wolff Culver, in her official capacity as Deputy Director of Policy and Programs, exercising the delegated authority of Director of the Bureau of Land Management; and Martha Williams, in her official capacity as Principal Deputy Director, exercising the delegated authority of Director of the Fish and Wildlife Service, hereby appeal this Court's March 9, 2021 Judgment (ECF No. 119), March 8, 2021 Opinion and Order (ECF No. 118), and March 13, 2020 Opinion and Order (ECF No. 110) to the United States Court of Appeals for the Sixth Circuit.[1]

Respectfully submitted on this 10th day of May, 2021,

JEAN E. WILLIAMS
Acting Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

 /s/ Bridget Kennedy McNeil
BRIDGET K. McNEIL (CO Bar 34299)
Senior Trial Attorney
Wildlife and Marine Resources Section
999 18th St., Suite 370
Denver, Colorado 80202
Ph: 303-844-1484
bridget.mcneil@usdoj.gov

/s/ John P. Tustin
JOHN P. TUSTIN
Senior Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Nada Wolff Culver is automatically substituted for William Perry Pendley, Acting Director of the Bureau of Land Management. Martha Williams is automatically substituted for Aurelia Skipwith, Director of the Fish and Wildlife Service.

Ph:202-305-3022
john.tustin@usdoj.gov

*Attorneys for Federal Defendants*