**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: May 24, 2021

Ms. Molly S. Crabtree
Porter, Wright, Morris & Arthur
41 S. High Street
Suite 3100
Columbus, OH 43215

Ms. Bridget Kennedy McNeil
Law Office
999 18th Street
Suite 3300
Denver, CO 80202

Ms. Wendy S. Park
Center For Biological Diversity
1212 Broadway
Suite 800
Oakland, CA 94612

Mr. John Tustin
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044

> Re: Case No. 21-3481, *Ctr for Biological Diversity, et al v. US Forest Serv, et al*
> Originating Case No. : 2:17-cv-00372

Dear Counsel,

   This appeal has been docketed as case number **21-3481** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **June 7, 2021**.   Additionally, the transcript order must be completed by that date.  For further information and instructions on ordering transcript electronically, please visit the court's website.

|            | |
|------------|-|
| Appellant: | Appearance of Counsel<br>Civil Appeal Statement of Parties & Issues<br>Disclosure of Corporate Affiliations<br>Application for Admission to 6th Circuit Bar (if applicable) |
| Appellee:  | Appearance of Counsel<br>Disclosure of Corporate Affiliations<br>Application for Admission to 6th Circuit Bar (if applicable) |

More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Roy G. Ford
Case Manager
Direct Dial No. 513-564-7016


Enclosure

## OFFICIAL COURT OF APPEALS CAPTION FOR 21-3481

CENTER FOR BIOLOGICAL DIVERSITY; HEARTWOOD; OHIO ENVIRONMENTAL COUNCIL; SIERRA CLUB

       Plaintiffs - Appellees

v.

UNITED STATES FOREST SERVICE; UNITED STATES FISH AND WILDLIFE SERVICE; VICKI CHRISTIANSEN, in her official capacity as Chief, U.S. Forest Service; NADA WOLFF CULVER, in her official capacity as Deputy Director of Policy and Programs, exercising the delegated authority of the Bureau of Land Management; MARTHA WILLIAMS, in her official capacity as Principal Deputy Director, exercising the delegated authority of Director of the Fish and Wildlife Service; UNITED STATES BUREAU OF LAND MANAGEMENT

       Defendants - Appellees

INDEPENDENT PETROLEUM ASSOCIATION OF AMERICA; AMERICAN PETROLEUM INSTITUTE

       Intervenors - Defendants - Appellants

 and

ECLIPSE RESOURCES I, LP

       Intervenor - Defendant