**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

CENTER FOR BIOLOGICAL DIVERSITY,
et al.

               Plaintiffs,

      v.

U.S. FOREST SERVICE, et al.

               Defendants.

No. 2:17-cv-00372-MHW-KAJ

Judge Watson
Magistrate Judge Jolson

**ECLIPSE RESOURCES I, LP'S NOTICE OF JOINDER IN DEFENDANTS'
RESPONSES IN OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE
INJUNCTION (Docs. 149 and 150)**

Defendant Montage Resources f/k/a Eclipse Resources I, LP hereby give notice of their

joinder in the Federal Defendants' Response in Opposition to Plaintiffs' Motion to Enforce

Injunction (Doc. 149) and in the Intervenor-Defendant Associations' Opposition to Plaintiffs'

Motion to Enforce Injunction (Doc. 150).

              Respectfully submitted,

              **VORYS, SATER, SEYMOUR & PEASE, LLP**

              *s/ Anthony L. Osterlund*
              Kristin L. Watt (0042333)
              52 East Gay Street
              Columbus, OH 43216-1008
              Tel/Fax: (614) 464-8398
              klwattl@vorys.com

              Anthony L. Osterlund (0071086)
              301 East Fourth Street
              Suite 3500, Great American Tower
              Cincinnati, OH 45202
              Tel/Fax: (513) 723-4678
              alosterlund@vorys.com

              *Attorneys for Defendant Montage Resources f/k/a*
              *Eclipse Resources I, LP*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of January 2026, a true and correct copy of the foregoing was filed with the Court electronically and served by the Court's CM/ECF System upon all counsel of record.

 _s/ Anthony L. Osterlund_<br>
Anthony L. Osterlund (0071086)